RUTHERFORD v. AIR CONDITIONING CO.

No. 172 P.C.

Case below: 38 N.C. App. 630.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 February 1979.

SHEET METAL, INC. v. DISTRIBUTORS

No. 136 P.C.

Case below: 38 N.C. App. 391.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 February 1979.

SHEPPARD v. SHEPPARD

No. 184 P.C.

Case below: 38 N.C. App. 712.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 February 1979.

SMITH v. SANITARY CORP.

No. 158 P.C.

Case below: 38 N.C. App. 457.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 February 1979.

STATE v. ALSTON

No. 182 P.C.

Case below: 38 N.C. App. 219.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 5 February 1979.